IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION


FILED
JUL 17 2020
Clerk, U S District Court
District Of Montana
Billings

| UNITED STATES OF AMERICA, | CR 10-131-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| DUSTIN NEAL SAKSA, | |
| Defendant. | |

Due to the Court being advised of counsel's exposure to COVID-19,

IT IS HEREBY ORDERED that the revocation hearing in the above captioned matter presently set for Friday, July 17, 2020 at 9:30 a.m. is **VACATED** and **RESET** to commence on **Thursday, August 20, 2020 at 1:30 p.m.**, at the same date and time as the sentencing in CR-18-161-BLG-SPW.

The Clerk of Court is directed to notify counsel and the U.S. Marshals Service of the making of this Order.

DATED this 17th day of July, 2020.

SUSAN P. WATTERS
United States District Judge

1